# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

U.S.A. vs. **TERRENCE POLLARD**                    Docket Nos. **2:02CR20093-01 & 2:02CR20354-01**

## Petition on Probation and Supervised Release

**COMES NOW** __FREDDIE MCMASTER II__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Terrence Pollard who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN on the 4th day of April, 2003 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $34,744.43 restitution ($34,744.43 balance).

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall provide the probation officer access to any requested financial information.

*Term of Supervised Release began May 5, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Pollard attends barber school and will be obtaining employment upon completion. It is recommended the Court approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Terrence Pollard's restitution payments be set at ten percent (10%) of his monthly gross income payable by the end of each month.

### ORDER OF COURT

Considered and ordered this 26th day of Aug , 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

Freddie McMaster II

Freddie McMaster II
Probation Officer

**Place** Memphis, Tennessee

**Date** August 24, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:02-CR-20093 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT